conflict exists; *sua sponte*, cause held for the decision in 97–1985, *State v. Cook*, Allen App. No. 1–97–21; briefing schedule stayed.

**98–1492. Cincinnati Indemn. Co. v. Martin.**
Butler App. No. CA97–12–248. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated at pages 1–2 of the court of appeals' Entry Granting Motion to Certify dated July 14, 1998:

"The issue for certification is whether an insurer has a duty to indemnify and/or defend a homeowner/policyholder against a wrongful death claim by a non-household member wrongful death beneficiary who is not an 'insured' under the policy when the death involved is that of an 'insured' under the policy."

The conflict case is *Allstate Ins. Co. v. Thompson* (Aug. 26, 1990), Stark App. No. CA–8112, unreported, 1990 WL 125481.

*Sua sponte*, cause consolidated with 98–1384, *infra*.

LUNDBERG STRATTON, J., dissents to the acceptance of this cause.

**98–1507. State v. Morgan.**
Marion App. No. 9–98–16. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte*, cause held for the decision in 97–1985, *State v. Cook*, Allen App. No. 1–97–21; briefing schedule stayed.

**98–1511. State v. Thompson.**
Cuyahoga App. No. 74224. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**98–1523. Hall v. Forsyth.**
Montgomery App. No. 17014. On motion for injunctive relief and emergency motion for temporary restraining order. Motions denied.

LUNDBERG STRATTON, J., would dismiss the cause.

**98–1533. State v. Brown.**
Franklin App. Nos. 97APA10–1368 and 97APA10–1369. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte*, cause consolidated with 98–1429, *infra*, and held for the decision in 97–1985, *State v. Cook*, Allen App. No. 1–97–21; briefing schedule stayed.

**98–1534. State v. Butler.**
Franklin App. No. 97APA10–1430. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte*, cause consolidated with 98–1431, *infra*, and held for the decision in 97–1985, *State v. Cook*, Allen App. No. 1–97–21; briefing schedule stayed.

**98–1535. State v. Scott.**
Franklin App. No. 97APA07–906. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte*, cause held for the decision in 97–1985, *State v. Cook*, Allen App. No. 1–97–21; briefing schedule stayed.

**98–1540. State v. Allen.**
Fayette App. No. CA97–02–004. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**98–1558. State v. Troche.**
Richland App. No. 96CA80. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**98–1612. State v. Hughes.**
Stark App. No. 97CA0356. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the following issue found at page 1 of the court of appeals' Order Certifying a Conflict dated July 21, 1998:

"Does the longer 270–day statutory speedy trial provision, R.C. 2945.71(C)(2), apply to misdemeanor counts which are joined with a felony count in a single indictment?"